IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEAH R. MCGEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-06-1262-D |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT AND ORDER OF REMAND**

Upon review of the file, and noting no timely objection to the findings and recommendations of United States Magistrate Judge Doyle W. Argo issued pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 23] in its entirety. For the reasons stated therein, the Court enters judgment reversing the Commissioner's decision with respect to the determination that Plaintiff's period of disability began October 1, 2003. Further, the Court remands the case for further administrative action, consistent with the Report and Recommendation, regarding Plaintiff's disability onset date.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated this   13th   day of March, 2008.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE